THE STATE OF OHIO, APPELLEE, *v.* VOORHIES, APPELLANT.

[Cite as *State v. Voorhies* (1996), 76 Ohio St.3d 132.]

(No. 96–460—Submitted June 4, 1996—Decided July 24, 1996.)

*C. Keith Plummer,* Guernsey County Prosecuting Attorney, and *Josephine E. Hayes,* Assistant Prosecuting Attorney, for appellee.

*Robert Voorhies, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.